# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:20-cv-22693-MGC

DOLORES REYES,

        Plaintiff,

v.

CITY WATCH PROTECTIVE SERVICES,
INC. and PERCY PALMA,

        Defendants.

**DECLARATION OF RUBEN MARTIN SAENZ AS TO ATTORNEY'S
FEES AND COSTS IN SUPPORT OF THE PARTIES' JOINT MOTION FOR
APPROVAL OF FLSA SETTLEMENT AND TO DISMISS CASE WITH PREJUDICE**

    1.      My name is Ruben Martin Saenz.  I am the attorney of record for Plaintiff, MIGLAISE ALLIANCE ("Plaintiff").

    2.      I am over the age of eighteen (18) years and fully competent to testify as to the matters set forth in this declaration.

    3.      This declaration is based on my personal knowledge of attorney's fees and costs to be charged and collected, and upon my review of the books and records of Saenz & Anderson, PLLC, made in the ordinary course of business and held under my supervision and control.

    4.      I am an owner of Saenz & Anderson, PLLC and have been a licensed and practicing attorney since May 2003. I practice primarily in Miami-Dade and Broward counties in the area of employment law, including wage and hour law. Throughout the years, I have successfully litigated, I believe, over one thousand cases on behalf of employees fighting injustice at the workplace.

5.      I graduated from Syracuse University, College of Law in 2002. I have been a member of the Florida Bar since May of 2003. I am also a member of the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, and the United States Court of Appeals for the 11th Circuit.

6.      Since 2003, the primary focus of my practice has been employment law.

7.      Throughout my career, my practice has been in both state and federal courts. I have consulted, litigated and tried cases involving employees' rights under the FLSA, Title VII, the Florida Civil Rights Act of 1992, Florida Whistleblower's Act, the Florida Worker's Compensation Act, the Family and Medical Leave Act of 1993 and other employee-related laws.

8.      I have been selected as a *Florida Rising Star* by the *Super Lawyers Magazine* in 2012, 2013 and 2014. I have also tried and won what I believe is the largest verdict in a religious discrimination case in Florida.

9.      I have authored articles, chapters, and the book written in Spanish titled "*My Rights as an Employee in the U.S., Part 1: The Basic Rights (2010).*" Along with my law partner, Ilona Anderson, I have also coauthored the book titled "How to File for Employment Discrimination with the Equal Employment Opportunity Commission (the EEOC)."

10.     My reputation and proven abilities have allowed me to maintain my practice through referrals from attorneys and from former and current satisfied clients.

11.     I have prepared (or collaborated in the preparation) and fully reviewed the motion for approval of settlement agreement in the instant action and I attest that the motion is well-grounded in fact and law.

12.     The attached billing and expense records specifically indicate the activity performed by my law partner, Ilona Anderson, my firm associate(s), our support team, and by the

undersigned in prosecuting the above-styled action.  The referenced billing and expense records are attached hereto as **Exhibit 1** to this declaration.

13.     Ms. Anderson and my firm's legal team are highly experienced in litigating employment matters, including cases under the FLSA.

14.      I believe the number of hours spent in the instant case was reasonable and necessary considering the nature of this litigation and all the circumstances surrounding it.

15.     My firm routinely bills all its FLSA cases for plaintiffs at the rate of $400.00 per hour for the professional services that are rendered. My hourly rate of $400.00 per hour reflects my skill and experience in litigating employment cases and is reasonable considering the relevant legal marketplace. My firm's attorneys, who helped me litigate this case under my supervision, also bill at the rate of $400.00 per hour or $250.00 per hour. Their relevant experience is highlighted in my firm's website (https://www.saenzanderson.com/attorneys/).

16.     In specific, my associate Aron Smukler, Esq., who works under my supervision and control, bills at a rate of $250.00 per hour. He has experience litigating employment cases as he has been working for my firm first as a paralegal since August of 2018 and then as an attorney at law since April 16, 2020. Mr. Smukler is knowledgeable in FLSA law and has attended at least 3 of my trials.

17.     My associate Yadhira Ramírez-Toro, Esq., who works under my supervision and control, bills at a rate of $400.00 per hour. Mrs. Ramírez-Toro has been admitted to practice law in the Commonwealth of Puerto Rico since 1995 and in the State of Florida since 2015. Prior to joining Saenz & Anderson, PLLC, Mrs. Ramírez-Toro focused exclusively in the federal forum, representing officials from the executive, legislative, and judiciary branches of the Commonwealth of Puerto Rico and the Government itself in lawsuits before the U.S. District Court for the District

3

of Puerto Rico. Mrs. Ramírez-Toro has ample experience as a trial attorney in Civil Rights cases and labor and employment matters, including without limitation Title VII, ADA, and FMLA.

18.     Additionally, Tanesha Walls Blye, Esq., who works under my supervision and control, bills at a rate of $400.00 per hour. Mrs. Blye was admitted to practice law in the State of Florida in 2004. Prior to joining Saenz & Anderson, PLLC, Mrs. Blye owned and operated her own business which focused on the investigation of employment discrimination claims filed by government employees; practiced as an Associate Attorney; and was an Assistant Public Defender at the Miami-Dade County Public Defender's Office. As a zealous advocate, Mrs. Blye has tried over a dozen jury trials, and successfully resolved hundreds of cases on her clients' behalf through settlement negotiations, motion practice, mediation, and arbitration.

19.     Based upon my experience, familiarity with rates charged by other lawyers, and fees awarded in similar litigation by federal district courts and state circuit courts in Florida, I believe that my rate of $400 per hour, and that of those attorneys associated with my firm of $400 and $250 per hour are reasonable. I also believe that my law clerk and paralegal's rate ($75 per hour) is also reasonable.

20.     I am of the opinion that the work performed was done efficiently and effectively and that the time spent on that work was reasonable and not excessive.

21.     The undersigned is seeking compensation for attorneys' fees incurred on behalf of Plaintiff.  However, I specifically agree to reduce my total billing invoice to the amount indicated in the settlement agreement and in the motion for approval of the FLSA settlement agreement because I believe such reduction was necessary to help my client reach a favorable settlement in her case.

22.     In addition, my law firm has spent $690.00 on behalf of the Plaintiff.   The undersigned is seeking reimbursement in the amount of $690.00.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DECLARATION AND THAT THE FACTS STATED IN IT ARE TRUE.


**s/R. Martin Saenz**
R. MARTIN SAENZ, ESQ.

# EXHIBIT "1"

**Saenz & Anderson, PLLC**
20900 NE 30th Avenue
Ste 800
Aventura, Florida 33180
United States
305-503-5131



**Dolores Reyes**

| | |
|---|---|
| **Balance** | $16,932.50 |
| **Invoice #** | 00270 |
| **Invoice Date** | December 29, 2020 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | December 29, 2020 |

## Reyes, Dolores v. City Watch Protective Services

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 06/02/2020 | YR | Draft | complaint | $400.00 | 0.45 | $180.00 |
| 06/03/2020 | YR | Telephone conference with: | client re: clarify facts for complaint | $400.00 | 0.10 | $40.00 |
| 06/03/2020 | YR | Receive and Review: | pictures of time sheets sent by plaintiff | $400.00 | 0.70 | $280.00 |
| 06/03/2020 | YR | Draft | complaint | $400.00 | 1.30 | $520.00 |
| 06/03/2020 | YR | Telephone conference with: | plaintiff re: pictures of time sheets received; average hours worked per week | $400.00 | 0.10 | $40.00 |
| 06/11/2020 | YR | Draft | complaint | $400.00 | 3.50 | $1,400.00 |
| 06/17/2020 | YR | Receive and Review: | text message from client re: job offer | $400.00 | 0.10 | $40.00 |
| 06/17/2020 | YR | Telephone conference with: | client re: case status; conversation held with former employer; consequences of accepting new job offer | $400.00 | 0.30 | $120.00 |
| 06/17/2020 | YR | Complete | draft of complaint | $400.00 | 1.40 | $560.00 |
| 06/22/2020 | IDA | Review | file; prepare and send email to TB re: complaint. | $400.00 | 0.20 | $80.00 |
| 06/23/2020 | TB | Revise | draft complaint. | $400.00 | 0.50 | $200.00 |
| 06/23/2020 | YR | Receive, review and respond | text message from client | $400.00 | 0.10 | $40.00 |
| 06/23/2020 | TB | Review and Finalize Draft | Complaint. | $400.00 | 0.40 | $160.00 |
| 06/24/2020 | YR | Receive and Review: | revisions to draft of complaint | $400.00 | 0.20 | $80.00 |
| 06/26/2020 | YR | Telephone conference with: | client re: complaint | $400.00 | 0.30 | $120.00 |

| 06/29/2020 | YR | Review client's file and docket | intake and notes of interview to clarify facts alleged in draft of complaint | $400.00 | 0.35 | $140.00 |
|---|---|---|---|---|---|---|
| 06/29/2020 | YR | Edit | complaint | $400.00 | 1.15 | $460.00 |
| 06/29/2020 | YR | Receive and Review: | draft of complaint with edits by TB | $400.00 | 0.10 | $40.00 |
| 06/29/2020 | YR | Telephone conference with: | TB re: final draft of complaint | $400.00 | 0.50 | $200.00 |
| 06/29/2020 | YR | Prepare and send email to co counsel: | IDA & AS re: final version of complaint ready to be filed | $400.00 | 0.10 | $40.00 |
| 06/30/2020 | AS | Draft | Summonses | $250.00 | 0.10 | $25.00 |
| 06/30/2020 | AS | Revise and Finalize | Complaint | $250.00 | 0.10 | $25.00 |
| 06/30/2020 | AS | Draft | Civil Cover Sheet | $250.00 | 0.10 | $25.00 |
| 06/30/2020 | AS | File complaint | | $250.00 | 0.25 | $62.50 |
| 06/30/2020 | AS | Correspond with process server re: service of process | | $250.00 | 0.15 | $37.50 |
| 07/01/2020 | RS | Review client's file and docket of events to determine status of case and analyze strategy and next step. | | $400.00 | 0.60 | $240.00 |
| 07/01/2020 | RS | Receive, review, docket and analyze trial and discovery strategy based on document reviewed re: | Order of referral to magistrate and ordering statement of claim. | $400.00 | 0.40 | $160.00 |
| 07/01/2020 | YR | Receive and Review: | ECF 4 | $400.00 | 0.10 | $40.00 |
| 07/01/2020 | YR | Receive and Review: | ECF 5 | $400.00 | 0.10 | $40.00 |
| 07/06/2020 | YR | Receive, review and respond | text message from client re: update on case | $400.00 | 0.10 | $40.00 |
| 07/06/2020 | YR | Receive and Review: | text message from client re: update | $400.00 | 0.10 | $40.00 |
| 07/06/2020 | YR | Prepare and Send | text message to client | $400.00 | 0.10 | $40.00 |
| 07/08/2020 | UL | upload docs | | $75.00 | 0.10 | $7.50 |
| 07/08/2020 | UL | upload docs | upload - add deadlines | $75.00 | 0.10 | $7.50 |
| 07/15/2020 | AS | Draft | statement of claim | $250.00 | 0.50 | $125.00 |
| 07/15/2020 | UL | upload docs | | $75.00 | 0.05 | $3.75 |
| 07/15/2020 | AS | FInalize and FIle | statement of claim | $250.00 | 0.10 | $25.00 |
| 07/21/2020 | UL | upload docs | | $75.00 | 0.10 | $7.50 |
| 07/21/2020 | UL | upload docs | upload - add expenses | $75.00 | 0.05 | $3.75 |

| 07/27/2020 | DT | Conference With Client re- | Reach out to the client to obtain paystubs or any documents related to her claim. | $75.00 | 0.15 | $11.25 |
|---|---|---|---|---|---|---|
| 07/27/2020 | DT | Conference | Conference w/ YRT re: Client docs sent | $75.00 | 0.10 | $7.50 |
| 07/27/2020 | AS | Review and Revise | Certificate of Interested Party and Notice of Pendency of Action | $250.00 | 0.20 | $50.00 |
| 07/27/2020 | AS | Confer with Paralegal | DT re client's documents for SOC | $250.00 | 0.10 | $25.00 |
| 07/28/2020 | AS | Confer with Paralegal | DT re client's documents for SOC | $250.00 | 0.10 | $25.00 |
| 07/28/2020 | DT | Draft & File | Convert draft to PDF for Notice & Certificate, then file with court. | $75.00 | 0.20 | $15.00 |
| 07/29/2020 | RS | Receive, Review and Docket | Defendant's Certificate of Other Affiliates/Corporate Disclosure Statement - | $400.00 | 0.10 | $40.00 |
| 07/29/2020 | UL | upload docs | | $75.00 | 0.10 | $7.50 |
| 07/29/2020 | YR | Prepare and Send | email to DT, paralegal copying UL, paralegal re: documents produced by plaintiff | $400.00 | 0.35 | $140.00 |
| 07/29/2020 | DT | upload | Examine 30 emails containing redundant documents, extract, and upload. | $75.00 | 0.70 | $52.50 |
| 07/29/2020 | DT | email | Bates Stamp Documents, Send SOC, Order & docs to OC. | $75.00 | 0.30 | $22.50 |
| 07/29/2020 | DT | Draft & File | Draft & File Notice of Compliance for SOC | $75.00 | 0.10 | $7.50 |
| 07/29/2020 | DT | Review | Mark Tasks Complete | $75.00 | 0.05 | $3.75 |
| 07/29/2020 | DT | Update | Update atty information | $75.00 | 0.10 | $7.50 |
| 07/29/2020 | RS | Receive, review, docket and analyze trial and discovery strategy based on document reviewed re: | | $400.00 | 0.50 | $200.00 |
| 07/29/2020 | YR | Receive, review and respond | text message from client re: documents | $400.00 | 0.10 | $40.00 |
| 07/29/2020 | UL | upload docs | upload-file | $75.00 | 0.10 | $7.50 |
| 07/29/2020 | YR | Receive and Review: | ECF 14 | $400.00 | 0.10 | $40.00 |
| 07/29/2020 | YR | Prepare and Send | text message to client with update of proceedings | $400.00 | 0.10 | $40.00 |
| 07/30/2020 | UL | upload docs | | $75.00 | 0.10 | $7.50 |
| 07/31/2020 | UL | upload docs | | $75.00 | 0.10 | $7.50 |
| 08/03/2020 | AS | Receive and Review: | ECF 14 order on deadlines | $250.00 | 0.10 | $25.00 |
| 08/04/2020 | UL | Calendar deadlines | | $75.00 | 0.60 | $45.00 |
| 08/05/2020 | AS | Receive and Review: | Defendant's MTD | $250.00 | 0.30 | $75.00 |
| 08/05/2020 | AS | Reveiw | answer to complaint | $250.00 | 0.20 | $50.00 |

| 08/06/2020 | RS | Receive, review, docket and analyze trial and discovery strategy based on document reviewed re: | | $400.00 | 0.40 | $160.00 |
|---|---|---|---|---|---|---|
| 08/06/2020 | RS | Receive, Review and Docket | | $400.00 | 0.40 | $160.00 |
| 08/06/2020 | AS | Research | If D can make jury demand | $250.00 | 0.60 | $150.00 |
| 08/06/2020 | UL | upload docs | upload-add deadline | $75.00 | 0.10 | $7.50 |
| 08/06/2020 | AS | Draft | Motion to strike Ds' jury demand | $250.00 | 3.70 | $925.00 |
| 08/06/2020 | IDA | Correspond | with team re: strategy with regard to defendant's jury demand. | $400.00 | 0.10 | $40.00 |
| 08/17/2020 | UL | upload docs | | $75.00 | 0.05 | $3.75 |
| 08/19/2020 | AS | Confer with Co-Counsel | TB re response to MTD and potential need for extension of time | $250.00 | 0.10 | $25.00 |
| 08/19/2020 | AS | Receive and Review: | Draft response to MTD | $250.00 | 0.15 | $37.50 |
| 08/19/2020 | JR | Draft | Drafted the Plaintiff's Response in Opposition to Defendants' Motion to Dismiss | $75.00 | 4.50 | $337.50 |
| 08/19/2020 | AS | Review and Revise | response to MTD | $250.00 | 0.60 | $150.00 |
| 08/19/2020 | AS | FInalize and FIle | Response to MTD | $250.00 | 0.15 | $37.50 |
| 08/25/2020 | UL | upload docs | | $75.00 | 0.05 | $3.75 |
| 08/25/2020 | AS | Review and Revise | Motion to strike | $250.00 | 0.50 | $125.00 |
| 08/25/2020 | AS | Confer with OC | re motion to strike | $250.00 | 0.10 | $25.00 |
| 08/25/2020 | AS | Confer with OC | conferral as to motion to strike | $250.00 | 0.10 | $25.00 |
| 08/25/2020 | DT | rule 26 disclosures | Call to Client and everyone in the office to assist with translation for R26. | $75.00 | 0.30 | $22.50 |
| 08/25/2020 | AS | Confer with Co-Counsel | TB re motion to strike | $250.00 | 0.20 | $50.00 |
| 08/28/2020 | AS | Draft | election to magistrate forms | $250.00 | 0.20 | $50.00 |
| 09/09/2020 | AS | Phone conference with client | case update | $250.00 | 0.25 | $62.50 |
| 09/14/2020 | AS | Draft | initial witness list | $250.00 | 0.45 | $112.50 |
| 09/14/2020 | AS | Confer with Paralegal | BG re witness list | $250.00 | 0.10 | $25.00 |
| 09/14/2020 | AS | Finalize & Send | witness list to OC | $250.00 | 0.10 | $25.00 |
| 09/15/2020 | UL | upload docs | NOTICE of Attorney Appearance | $75.00 | 0.05 | $3.75 |
| 09/15/2020 | UL | upload docs | PLAINTIFF'S INITIAL WITNESS LIST | $75.00 | 0.05 | $3.75 |
| 09/15/2020 | UL | upload docs | Def witness list | $75.00 | 0.05 | $3.75 |
| 10/05/2020 | AS | Correspond with Client | case update | $250.00 | 0.15 | $37.50 |
| 10/15/2020 | AS | Receive & Confer | discovery requests to P & confer with DT re responses | $250.00 | 0.15 | $37.50 |

| 10/16/2020 | RS | Receive, Review and Docket | Defendants' discovery requests (interrogatories and requests for production); create tasks to respond to discovery. | $400.00 | 0.40 | $160.00 |
|---|---|---|---|---|---|---|
| 10/16/2020 | UL | upload docs | upload discovery rqts<br>add deadline to calendar<br>do letter<br>do envelope<br>scan upload<br>send email | $75.00 | 0.35 | $26.25 |
| 10/19/2020 | DT | Deposition | Deposition: Call to Client re deposition dates, Call to UL. | $75.00 | 0.35 | $26.25 |
| 10/19/2020 | UL | Deposition | call with client regarding availability | $75.00 | 0.25 | $18.75 |
| 10/20/2020 | DT | Deposition | Deposition coordination | $75.00 | 0.15 | $11.25 |
| 10/20/2020 | UL | Review | review tasks<br>send email | $75.00 | 0.25 | $18.75 |
| 10/21/2020 | AS | Receive and Review: | notice of taking p's deposition | $250.00 | 0.05 | $12.50 |
| 10/22/2020 | AS | Receive and Review: | ECF No. 23 | $250.00 | 0.05 | $12.50 |
| 10/22/2020 | AGT | upload docs | Notices | $75.00 | 0.05 | $3.75 |
| 10/26/2020 | UL | Deposition | upload notice<br>add to calendar<br>do letter<br>do envelope<br>scan<br>upload<br>send email | $75.00 | 0.20 | $15.00 |
| 10/26/2020 | UL | Mediation | coordinate<br>schedule<br>do notice<br>file<br>send email<br>add to calendar | $75.00 | 0.35 | $26.25 |
| 10/26/2020 | AGT | upload docs | 2020-10-26 Proposed ORDER SCHEDULING MEDIATION NOTICE | $75.00 | 0.05 | $3.75 |
| 10/27/2020 | UL | upload docs | review uploads | $75.00 | 0.05 | $3.75 |
| 10/29/2020 | AGT | upload docs | 2020-10-28 NOTICE OF MEDIATION | $75.00 | 0.05 | $3.75 |
| 10/29/2020 | UL | Review | review calendar<br>send email | $75.00 | 0.15 | $11.25 |
| 10/29/2020 | AS | confer | DT re rescheduling P's depo | $250.00 | 0.05 | $12.50 |
| 11/02/2020 | DT | Discovery responses | Discovery: Call to Client w/ BG | $75.00 | 0.15 | $11.25 |
| 11/02/2020 | DT | Discovery | Discovery: responses translation w/ BG | $75.00 | 1.65 | $123.75 |
| 11/02/2020 | BG | Discovery | discovery meeting with client | $75.00 | 1.30 | $97.50 |
| 11/02/2020 | DT | rule 26 disclosures | R26 Discs | $75.00 | 0.65 | $48.75 |
| 11/03/2020 | DT | Discovery responses | Discovery responses: Prepare & Send Drafted responses to AS | $75.00 | 2.70 | $202.50 |

| 11/04/2020 | UL | upload docs | notice of mediation<br>do letter<br>do envelope<br>scan<br>upload<br>send email | $75.00 | 0.15 | $11.25 |
|---|---|---|---|---|---|---|
| 11/04/2020 | AS | Revise and Send | P's initial disclosures & documents | $250.00 | 0.60 | $150.00 |
| 11/05/2020 | UL | Rule 26 Conference | coordinate<br>send email | $75.00 | 0.10 | $7.50 |
| 11/05/2020 | AGT | upload docs | 2020-11-04 P's Initial Disclosures | $75.00 | 0.05 | $3.75 |
| 11/05/2020 | JR | Discovery | Drafted discovery package (RFP, ROGS, RFA) | $75.00 | 1.00 | $75.00 |
| 11/10/2020 | AS | confer | with DT re P's discovery responses | $250.00 | 0.10 | $25.00 |
| 11/10/2020 | DT | Call | Discovery: Call to BG re client docs & Jurat Page | $75.00 | 0.10 | $7.50 |
| 11/10/2020 | DT | Discovery | Email to AS & BG | $75.00 | 0.10 | $7.50 |
| 11/10/2020 | DT | Discovery | Call from BG re Discovery | $75.00 | 0.10 | $7.50 |
| 11/10/2020 | BG | Discovery | Notary meeting with Client | $75.00 | 0.30 | $22.50 |
| 11/10/2020 | AS | Draft | P's responses to interrogatories | $250.00 | 1.30 | $325.00 |
| 11/10/2020 | AS | Draft | P's responses to RFP | $250.00 | 1.10 | $275.00 |
| 11/12/2020 | UL | Discovery responses | upload<br>update<br>serve | $75.00 | 0.40 | $30.00 |
| 11/12/2020 | DT | Coordinate Depo | Deposition coordination: review emails, update calendar, send email to TB to confirm deponents. | $75.00 | 0.65 | $48.75 |
| 11/19/2020 | AS | Receive and Review: | ECF No. 26 | $250.00 | 0.05 | $12.50 |
| 11/19/2020 | AGT | upload docs | NOTICE OF APPEARANCE | $75.00 | 0.05 | $3.75 |
| 11/19/2020 | AS | Receive and Review: | P's signed affidavit | $250.00 | 0.10 | $25.00 |
| 11/19/2020 | UL | Review | review uploads | $75.00 | 0.05 | $3.75 |
| 11/20/2020 | DT | Coordinate Depo | Deposition: follow-up with OC for confirmation of link and interpreter. | $75.00 | 0.15 | $11.25 |
| 11/20/2020 | UL | Deposition | review<br>add zoom link<br>send to client | $75.00 | 0.20 | $15.00 |
| 11/20/2020 | AS | Receive and Review: | Defendants R26 ID | $250.00 | 0.20 | $50.00 |
| 11/20/2020 | AS | Depo Prep | with P | $250.00 | 0.30 | $75.00 |
| 11/20/2020 | AS | confer | with client & OC re scheduling/rescheduling depositions & settlement | $250.00 | 0.60 | $150.00 |
| 11/20/2020 | DT | Deposition | Deposition coordination: Client cancelled depo. Review calendar, finalize topics, Call AS, Call to TB, Call to UL to strategize. | $75.00 | 1.05 | $78.75 |
| 11/22/2020 | AS | confer | with OC re rescheduling P depo & scheduling depositions | $250.00 | 0.10 | $25.00 |
| 11/23/2020 | DT | Coordinate Depo | Deposition coordination: Calls to As, confer w/ UI, message to TB, and Email to OC. | $75.00 | 0.55 | $41.25 |

| 11/23/2020 | DT | Coordinate Depo | Deposition coordination: Send msg to TB and update calendar. | $75.00 | 0.10 | $7.50 |
|---|---|---|---|---|---|---|
| 11/23/2020 | AS | confer | with Plaintiff, OC, & DT re rescheduling deposition & depositions | $250.00 | 0.60 | $150.00 |
| 11/23/2020 | DT | email | Deposition Coordination: Confer w/ UL Email AS. | $75.00 | 0.10 | $7.50 |
| 11/23/2020 | AGT | upload docs | 2020-11-20 D's Rule 26 Initial Disclosures | $75.00 | 0.05 | $3.75 |
| 11/23/2020 | AS | confer | topics for Corp Rep deposition | $250.00 | 0.10 | $25.00 |
| 11/23/2020 | AS | Confer with OC | re depositions and settlement | $250.00 | 0.30 | $75.00 |
| 11/24/2020 | AS | confer | DT re P's deposition | $250.00 | 0.05 | $12.50 |
| 11/24/2020 | AS | Revise and Serve | discovery requests to Defendants | $250.00 | 1.20 | $300.00 |
| 11/24/2020 | UL | Deposition | coordinate<br>check availability<br>send email | $75.00 | 0.50 | $37.50 |
| 11/25/2020 | UL | Deposition | coordinate<br>do notices<br>send email | $75.00 | 0.65 | $48.75 |
| 11/25/2020 | UL | upload docs | discovery rqts<br>add deadline | $75.00 | 0.10 | $7.50 |
| 11/25/2020 | AGT | upload docs | Defendant's RESPONSE to [6] Statement of Claim | $75.00 | 0.05 | $3.75 |
| 11/25/2020 | AS | Receive and Review: | ECF No. 27 | $250.00 | 0.20 | $50.00 |
| 11/30/2020 | AS | Receive and Review: | notices of taking depositions & objections | $250.00 | 0.20 | $50.00 |
| 11/30/2020 | AS | Confer with OC | re payment of cancellation invoice | $250.00 | 0.10 | $25.00 |
| 11/30/2020 | UL | Deposition | coordinate<br>send email | $75.00 | 0.10 | $7.50 |
| 11/30/2020 | DT | Coordinate Depo | Deposition coordination: Email to OC | $75.00 | 0.10 | $7.50 |
| 11/30/2020 | AS | Correspond | with OC, Thor & IA re interpreter invoice & payment | $250.00 | 0.15 | $37.50 |
| 11/30/2020 | AS | Revise | notice of taking CR deposition | $250.00 | 0.15 | $37.50 |
| 12/01/2020 | UL | Deposition | upload notice<br>add to calendar<br>do letter<br>do envelope<br>send email | $75.00 | 0.25 | $18.75 |
| 12/01/2020 | UL | Deposition | do notices<br>add to calendar<br>send email | $75.00 | 0.25 | $18.75 |
| 12/02/2020 | AS | Correspond | IA re cancellation payment | $250.00 | 0.05 | $12.50 |
| 12/03/2020 | UL | Review | case review<br>reconfirm depos mediation appointments deadlines<br>send email | $75.00 | 0.60 | $45.00 |
| 12/04/2020 | UL | Deposition | add and send zoom links | $75.00 | 0.15 | $11.25 |
| 12/06/2020 | TB | Depo Prep | Review file and draft questions to prepare to take the deposition of Plaintiff's Corporate Representative. | $400.00 | 3.10 | $1,240.00 |
| 12/07/2020 | AS | Correspond | with OC & client re settlement | $250.00 | 1.50 | $375.00 |

| 12/07/2020 | TB | Correspond with OC | regarding non-monetary terms of settlement via email and telephone. | $400.00 | 0.40 | $160.00 |
|---|---|---|---|---|---|---|
| 12/07/2020 | TB | Telephone conference with: | Attorney Aron Smukler regarding settlement negotiations. | $400.00 | 0.30 | $120.00 |
| 12/07/2020 | TB | Depo Prep | Continue to draft questions for deposition of Defendants' corporate representative. | $400.00 | 0.50 | $200.00 |
| 12/07/2020 | AS | Draft | settlement agreement | $250.00 | 0.60 | $150.00 |
| 12/07/2020 | UL | Draft | notice of cancellation<br>send email<br>upload | $75.00 | 0.40 | $30.00 |
| 12/07/2020 | UL | Draft | notice of settlement | $75.00 | 0.15 | $11.25 |
| 12/07/2020 | UL | Deposition | respond email | $75.00 | 0.05 | $3.75 |
| 12/08/2020 | AGT | upload docs | 2020-12-08 US Legal Cancellation Notice. | $50.00 | 0.05 | $2.50 |
| 12/08/2020 | AS | Receive and Review: | notice of settlement | $250.00 | 0.10 | $25.00 |
| 12/08/2020 | UL | File | notice of settlement<br>add deadline<br>clear calendar | $75.00 | 0.10 | $7.50 |
| 12/09/2020 | UL | Deposition | cancellation fee waived<br>respond to emails | $75.00 | 0.20 | $15.00 |
| 12/09/2020 | UL | upload docs | | $75.00 | 0.05 | $3.75 |
| 12/11/2020 | AS | Revise and Send | settlement agreement to OC | $250.00 | 0.50 | $125.00 |
| 12/15/2020 | AS | Correspond with OC | re settlement agreement | $250.00 | 0.10 | $25.00 |
| 12/16/2020 | AS | Correspond with OC | re settlement agreement | $250.00 | 0.10 | $25.00 |
| 12/17/2020 | AS | Review and Confer | D's revisions to settlement agreement & confer with OC re same | $250.00 | 0.35 | $87.50 |
| 12/18/2020 | UL | settlement | upload settlement agreement<br>prepare doc for esignature<br>call client | $75.00 | 0.10 | $7.50 |
| 12/21/2020 | AS | Correspond with OC | settlement agreement | $250.00 | 0.10 | $25.00 |
| 12/21/2020 | TB | Review, Revise, and Confer | with client regarding settlement agreement. | $400.00 | 0.90 | $360.00 |
| 12/23/2020 | AS | Confer with OC | re executing SA | $250.00 | 0.10 | $25.00 |
| 12/23/2020 | AGT | upload docs | Administrative Order Closing Case and Requiring parties to submit a settlement Agreement | $50.00 | 0.05 | $2.50 |
| 12/28/2020 | AS | Correspond with OC | re executed settlement agreement | $250.00 | 0.10 | $25.00 |
| 12/28/2020 | AS | Receive and Review: | ECF No. 29 | $250.00 | 0.10 | $25.00 |
| 12/29/2020 | AS | Draft | joint motion for approval and exhibits | $250.00 | 1.50 | $375.00 |
| 12/29/2020 | RS | Review | and revise joint motion for approval of settlement agreement with attachments and declaration. | $400.00 | 0.40 | $160.00 |

Totals:   **70.35**   **$16,242.50**

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|------|-----|----------|-------------|------|----------|-----------|
| 06/30/2020 | AS | File complaint | | $400.00 | 1.0 | $400.00 |
| 07/02/2020 | UL | Service of Process on Defendant(s) | City Watch | $40.00 | 1.0 | $40.00 |
| 07/21/2020 | UL | Service of Process on Defendant(s) | Percy Palma | $120.00 | 1.0 | $120.00 |
| 11/25/2020 | TAG | Interpreting | Spanish Interpreting Service | $130.00 | 1.0 | $130.00 |
| **Non-billable Expenses:** | | | | | | |
| 06/30/2020 | AS | Flat fee for copying and postage per retainer agreement | | $100.00 | 1.0 | $100.00 |

Expense Total: **$690.00**

| | |
|---|---|
| Time Entry Sub-Total: | $16,242.50 |
| Expense Sub-Total: | $690.00 |
| **Sub-Total:** | $16,932.50 |
| | |
| **Total:** | $16,932.50 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$16,932.50** |

Lindsay Legal Services, Inc
7105 SW 8th Street
Suite 307
Miami, FL 33144
Phone: (305) 273-0317

## INVOICE

Invoice #RLA-2020001583
7/2/2020



R. Martin Saenz, Esq
Saenz & Anderson, PLLC
20900 Ne 30th Ave
Ste 800
Miami, FL 33180

**Case Number:  20-CV-22693-MGC**

Plaintiff:
**DOLORES REYES**

Defendant:
**CITY  WATCH PROTECTIVE SERVICES, INC. and PERCY PALMA**

Received: 6/30/2020    Served: 7/1/2020 3:10 pm  CORPORATE
To be served on: CITY WATCH PROETECTIVESERVICES, INC. C/O AMIT, ADI, ESQ.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Broward | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $40.00 |

**BALANCE DUE:**                                                                                    **$40.00**

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

Lindsay Legal Services, Inc
7105 SW 8th Street
Suite 307
Miami, FL 33144
Phone: (305) 273-0317

**INVOICE**

Invoice #RLA-2020001584
7/21/2020



R. Martin Saenz, Esq
Saenz & Anderson, PLLC
20900 Ne 30th Ave
Ste 800
Miami, FL 33180

**Case Number:  20-CV-22693-MGC**

Plaintiff:
**DOLORES REYES**

Defendant:
**CITY  WATCH PROTECTIVE SERVICES, INC. and PERCY PALMA**

Received: 6/30/2020    Served: 7/21/2020 2:23 pm  INDIVIDUAL/PERSONAL
To be served on: PERCY PALMA

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Local | 1.00 | 35.00 | 35.00 |
| Skip Trace | 1.00 | 50.00 | 50.00 |
| 2nd Add: 18651 SW 104th St, Miami, Fl. 33196 | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $120.00 |

**BALANCE DUE:** $120.00

Please enclose a copy of this invoice with your payment.

Page 1 / 1

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

# INVOICE

Mykola Tyshchenko, Interpreter: Spanish, Russian, Ukrainian, Bulgarian. Also covering Portuguese, Creole, Mandarin, Romanian and other languages through my associates.

**Mykola Tyshchenko**
6705 SW 113th Avenue
Miami, Florida 33173
United States

Phone: (786) 263 0000
Mobile: (305) 793 0619

BILL TO
**Adi Amit, P.A.**
101 Northeast 3rd Avenue
Suite 300
Fort Lauderdale,  33301

(954) 533-5922
adi@defenderofbusiness.com

**Invoice Number:** 3316415
**Invoice Date:** November 25, 2020
**Payment Due:** December 10, 2020
**Amount Due (USD):** **$130.00**

| Services | Hours | Rate | Amount |
|---|---|---|---|
| **Spanish Interpreting Service**<br>Case No.: 1:20-cv-22693-MGC | 2 | $130.00 | $260.00 |
| DOLORES REYES,<br>Plaintiff,<br>v.<br>CITY WATCH PROTECTIVE SERVICES,<br>INC. and PERCY PALMA,<br>Defendants. | | | |
| NAME(S): DOLORES REYES<br>DATE: Monday, November 23, 2020 at 10:00 a.m. | | | |
| SAME DAY CANCELATION | | | |
| **Discount in Consideration**<br>Discount in consideration of the circumstances. | 1 | ($130.00) | ($130.00) |

| | | | |
|---|---|---|---|
| | | **Total:** | $130.00 |
| | | **Amount Due (USD):** | **$130.00** |

**Notes / Terms**
Thank you for your business!

Please make check to Mykola Tyshchenko, 6705 SW 113th Ave, Miami, FL 33173. Any unpaid amount of this invoice after the due date, shall accrue interest at the rate of 5% per month. Overdue invoices shall be subject to penalty fee, cost of collection, and attorney's fees. Should you have any questions, please contact me at: nt.interpreter@gmail.com. Thank you!